# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  
    Francesco Arato  
    Cathy Arato  
           Debtor(s)

Case No. 13-08638

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/05/2013.

2) The plan was confirmed on 05/03/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/27/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 09/21/2015.

6) Number of months from filing to last payment: 31.

7) Number of months case was pending: 31.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $9,284.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $12,749.75 |
| Less amount refunded to debtor | $196.15 |

**NET RECEIPTS:** $12,553.60

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $489.60 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,989.60

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ASSET ACCEPTANCE CORP | Unsecured | 121.00 | 731.45 | 731.45 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 600.00 | 785.58 | 785.58 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 120.00 | 120.00 | 0.00 | 0.00 |
| AURORA EMERGENCY ASSOCIATES | Unsecured | 764.00 | NA | NA | 0.00 | 0.00 |
| AVON PRODUCTS | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 692.00 | NA | NA | 0.00 | 0.00 |
| CHARTER ONE BANK NA | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO TRIBUNE | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 484.00 | 484.60 | 484.60 | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 2,579.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE VALLEY ANESTHESIOLOGI | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| FAIR COLLECTIONS & OUTSOURCIN( | Unsecured | 8,221.00 | NA | NA | 0.00 | 0.00 |
| FARMERS INSURANCE | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| GENESIS LENDING SERVICES | Unsecured | 793.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL DISCOVERY VACATIONS | Unsecured | 2,900.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK USA NA | Unsecured | 905.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 258.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 1,230.00 | 1,352.33 | 1,352.33 | 0.00 | 0.00 |
| INTEGRITY FINANCIAL PARTNERS IN | Unsecured | 695.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 6,074.00 | 6,074.00 | 0.00 | 0.00 |
| KINZIE AURORA LP STONE CROSSIN | Unsecured | 8,221.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| METAGLSSL | Unsecured | 2,379.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,481.00 | 1,480.65 | 1,480.65 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOC | Unsecured | 887.00 | 886.50 | 886.50 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 408.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 407.00 | 407.51 | 407.51 | 0.00 | 0.00 |
| PRONTO PRESTAMOS | Secured | 9,653.00 | 9,653.00 | 9,653.00 | 6,888.49 | 856.25 |
| PROVENA MERCY CENTER | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 1,645.33 | 1,645.33 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | NA | 85.10 | 85.10 | 0.00 | 0.00 |
| T MOBILE | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| TITLE MAX OF ILLINOIS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| TITLE MAX OF ILLINOIS | Secured | 1,931.00 | 702.54 | 702.54 | 702.54 | 116.72 |
| US DEPARTMENT OF EDUCATION | Unsecured | 3,588.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 6,621.00 | 10,536.94 | 10,536.94 | 0.00 | 0.00 |
| VERIZON | Unsecured | 290.00 | 285.32 | 285.32 | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 1,665.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $10,355.54 | $7,591.03 | $972.97 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$10,355.54** | **$7,591.03** | **$972.97** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$24,875.31** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,989.60 |
| Disbursements to Creditors | $8,564.00 |
| **TOTAL DISBURSEMENTS:** | **$12,553.60** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/01/2015                         By: /s/ Glenn Stearns
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**